## SAME *v.* SAME.

Proceedings reversed and case remanded.

(See opinion, *ante*, p. 687.)

---

## MOSES HEILMAN *v.* ISAAC LAZARUS.

Order modified.

Opinion Per Curiam.

---

## In the Matter of MARY LYSAGHT.

Order affirmed, without costs.

---

## In the Matter of the MANHATTAN INSURANCE COMPANY.

Order affirmed, without costs.

---

## In the Matter of GEORGE H. BETTS.

Order affirmed, without costs.

---

## In the Matter of DAVID ARNOLD and others.

Order affirmed, with ten dollars costs.

---

## In the Matter of JAMES McLEAN.

Order affirmed, without costs.

---

## In the Matter of JONAS G. CLARKE.

Order affirmed, without costs.

---

## In the Matter of EDWARD LANGE.

Order affirmed.

---

## In the Matter of THOMAS LAUGHREN.

Order affirmed.

---

## In the Matter of JOHN J. MURPHY.

Order affirmed.